### McDOUGALD v. HERMAN.

FISH, C. J. No complaint being made that error was committed by the court on the trial, and there being evidence in support of the verdict, the judge did not abuse his discretion in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur, except Lumpkin, J., disqualified.*

Submitted March 3,—Decided May 16, 1906.

Appeal. Before Judge Lumpkin. Fulton superior court. March 1, 1905.

*S. C. Crane,* for plaintiff in error. *Moore & Pomeroy,* contra.